UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

VICTOR MANUEL TAGLE,

    Petitioner,

vs.

D. W. NEVEN, et al.,

    Respondents.

Case No. 2:13-cv-01832-JCM-CWH

**ORDER**

    Petitioner has submitted a motion for extension of time (#21). To the extent that petitioner asks for extra time to file a reply to respondents' opposition to emergency motion for petitioner's release (#20), the court grants petitioner's motion (#21).

    Petitioner has submitted a motion for court appearance (#22). The court denies this motion because it has not scheduled any hearings in this action.

    Petitioner has submitted a motion to extend prison copywork limit (#23). He has not explained why he needs authorization for extra photocopying. The prison provides petitioner with carbon paper for serving copies of his motions and briefs upon respondents, and respondents will be submitting all relevant exhibits with their answer or other response.

    IT IS THEREFORE ORDERED that petitioner's motion for extension of time (#21) is **GRANTED** in part. Petitioner shall have through July 21, 2014, to file and serve a reply to respondents' opposition to emergency motion for petitioner's release (#20).

    IT IS FURTHER ORDERED that petitioner's motion for court appearance (#22) is **DENIED**.

-2-

IT IS FURTHER ORDERED that petitioner's motion to extend prison copywork limit (#23) is **DENIED**.

DATED: July 9, 2014.

_____
JAMES C. MAHAN
United States District Judge