# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

VICTOR MANUEL TAGLE,

    Petitioner,

vs.

D. W. NEVEN, et al.,

    Respondents.

Case No. 2:13-cv-01832-JCM-CWH

**ORDER**

    Before the court are petitioner's emergency motion to be removed from the jurisdiction of the Nevada Department of Corrections (#18), respondents' opposition (#20), and petitioner's reply (#26). Petitioner alleges that he has been sent to segregated confinement and that he is on a hunger strike. The facts that petitioner alleges do not indicate that he is in immediate danger of irreparable harm or injury. Furthermore, "[h]abeas corpus proceedings are the proper mechanism for a prisoner to challenge the 'legality or duration' of confinement. A civil rights action, in contrast, is the proper method of challenging 'conditions of . . . confinement.'" Badea v. Cox, 931 F.2d 573, 574 (9th Cir. 1991) (quoting Preiser v. Rodriguez, 411 U.S. 475, 484, 498-99 (1973)). Petitioner needs to raise these claims in a civil rights action pursuant to 42 U.S.C. § 1983. The court makes no statement whether petitioner would be able to proceed in forma pauperis in such an action.

    Also before the court is a document titled "Order on Court Fee Waiver (Superior Court)," which is a form created by the Judicial Council of the State of California. The court construes this document as an application to proceed in forma pauperis (#25). As such, the application is moot

because petitioner has paid the filing fee, which is the only fee that petitioner need pay unless and until he appeals from a final judgment of this court.

Finally, petitioner has submitted another motion to extend prison copywork limit (#27). The court has denied his earlier motion (#23). Petitioner uses the same form and adds nothing new to the earlier motion.

IT IS THEREFORE ORDERED that petitioner's emergency motion to be removed from the jurisdiction of the Nevada Department of Corrections (#18) is **DENIED**.

IT IS FURTHER ORDERED that petitioner's application to proceed in forma pauperis (#25) is **DENIED** as moot.

IT IS FURTHER ORDERED that petitioner's motion to extend prison copywork limit (#27) is **DENIED**.

DATED July 16, 2014.

_____
JAMES C. MAHAN
United States District Judge

-2-