UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA


VICTOR TAGLE,

        Petitioner,                                2:13-cv-01832-JCM-CWH

vs.                                              **MINUTES OF THE COURT**

D.W. NEVEN, *et al.*,                      November 17, 2016

        Respondents.
_____/

PRESENT:
THE HONORABLE   JAMES C. MAHAN   , UNITED STATES DISTRICT JUDGE

DEPUTY CLERK:   JAMES R. BARKLEY      REPORTER:   NONE APPEARING

COUNSEL FOR PETITIONER:   NONE APPEARING

COUNSEL FOR RESPONDENTS:   NONE APPEARING

MINUTE ORDER IN CHAMBERS:   XXX

      On October 3, 2016, petitioner filed a motion styled as a "Motion for Case Information" in this case and six others – Case Nos. 2:15-cv-00216-JCM-PAL; 2:16-cv-00045-RCJ-VCF; 3:13-cv-00264-MMD-VPC; 3:13-cv-00318-HDM-WGC; 2:16-cv-00082-APG-GWF; 2:15-cv-2146-GMN-PAL. ECF No. 58. As explained by Judge Gordon in one of the foregoing cases, petitioner's motion was premised on his apparent misinterpretation of this court's electronic docket. *See Tagle v. Dep't of Homeland Security*, Case No. 2:16-cv-00082-APG-GWF, Order (ECF No. 9). Because Judge Gordon's explanation has clarified the matter for petitioner,

      **IT IS THEREFORE ORDERED** that petitioner's motion (ECF No. 58) is DENIED as moot.

                                                          **LANCE S. WILSON, CLERK**

                                                     By:   /s/ James R. Barkley
                                                             Deputy Clerk